IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK L. HAMILTON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE, LLC,<br><br>    Defendant. | Case No. 1:19-cv-00554<br><br>Honorable Ruben Castillo<br><br>Honorable Mary M. Rowland<br>Magistrate Judge |

**PLAINTIFF'S *UNOPPOSED* MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, DERRICK L. HAMILTON, individually, and on behalf of all others similarly situated, through counsel, SULAIMAN LAW GROUP, LTD., hereby moves this Court for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support thereof, Plaintiff states as follows:

1. On January 28, 2019, Plaintiff, individually, and on behalf of all others similarly situated brought suit against LOANCARE, LLC alleging violations of the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692 *et seq.* Dkt. No. 1.

2. Counsel for Plaintiff recently learned that Plaintiff's Complaint failed to include the subject letter as an exhibit. *See* Dkt. No. 1.

3. Accordingly, Plaintiff wishes to file an Amended Complaint to include the subject letter as Exhibit 1.

4. Rule 15(a)(2) provides:

    (a)    **Amendments Before Trial**

> (2) *Other Amendments*. [A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Fed. R. Civ. P. 15(a)(2); *see also Sides v. City of Champaign*, 496 F.3d 820, 825 (7th Cir. 2007) (noting that courts should generally "use their discretion under rule 15(a) to liberally grant permission to amend pleadings").

5. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.'" *Foman v. Davis*, 371 U.S. 178, 226 (1962).

6. "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Id*.

7. Counsel for Plainitff conferred with Counsel for Defendant regarding relief sought herein; Defendant has no objection.

8. Here, no such reason exists to deny Plaintiff an opportunity to amend his Complaint to include an exhibit.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests this Court grant leave to file Plaintiff's proposed Amended Complaint *instanter*.

DATED: April 8, 2019                                       Respectfully submitted,

                                                           **DERRICK L. HAMILTON**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Joseph S. Davidson*