# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK L. HAMILTON, | |
| Plaintiff, | Case No. 1:19-cv-00554 |
| v. | Honorable John Z. Lee |
| LOANCARE, LLC, | |
| Defendant. | |

## DECLARATION OF DERRICK L. HAMILTON

I, Derrick L. Hamilton, hereby declare as follows:

1.    I am the Plaintiff in this case.

2.    I received a letter from LoanCare, LLC ("Defendant") that falsely claimed I owed a deficiency balance stemming from a foreclosed mortgage loan that was discharged in my bankruptcy.

3.    Defendant's letter misled me into believing that my bankruptcy discharge had no legal effect.

4.    After conferring with my counsel, Mohammed O. Badwan of the Sulaiman Group, Ltd., I decided that I wanted to pursue claims on behalf of myself and other individuals that received the same misleading letter from Defendant.

5.    From the inception of this case, I have regularly conferred with my counsel regarding the developments in the case and have actively participated in the case by responding to discovery requests.

6.    Moreover, I intend on availing myself for a deposition when requested.

7.      I understand I have an obligation to fairly and adequately protect the interests of class members.

8.      I am committed to vigorously protecting the interests of the class members.

9.      There is no conflict between my interests and the interests of others that received Defendant's misleading letter. Specifically, it is my understanding that we all received the same misleading letter from Defendant and may be entitled to damages under the Fair Debt Collection Practices Act. .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on October 28, 2020.

Derrick L. Hamilton

-2-